441 A.2d 445

Gillis v. Metropolitan Hosp. and Cooper, D.O.

Appeal of Metropolitan Hospital.

Appeal of Howard B. Cooper, D.O.

Argued December 5, 1980. E. Parry Warner and A. Grant Sprecher, for Metropolitan Hospital, appellant (at No. 356) and appellee (at No. 425); Joseph P. Green, for Cooper, appellant (at No. 425) and appellee (at No. 356);   Alan Schwartz, for Gillis, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

510

The judgment and order are affirmed on the comprehensive opinion of the court below.

BROSKY, J., concurred in the result.